IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER LEE HOLLOWELL**  **PLAINTIFF**

**VS.**  **2:17-CV-000054-BRW**

**EAST ARKANSAS REGIONAL UNIT**  **DEFENDANT**

## ORDER

Plaintiff's Motion to Dismiss and Motion for Reimbursement (Doc. No. 11) is GRANTED IN PART and DENIED IN PART. Once a prisoner files a complaint and the *in forma pauperis* motion is granted, he is required to pay the filing fee in full.[1] Accordingly the request for reimbursement is DENIED. The request for dismissal is GRANTED and this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 18 U.S.C. § 1915(b)(1).

1